**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1717**

───────────

MISS CAROLINE ABISOLA O-KUTUGA, United States Navy Veteran,

Plaintiff - Appellant,

v.

MONTGOMERY COUNTY POLICE MARC YAMADA, As CEO of Montgomery Police; DISPATCH 16502 VIRERA, Police/Employee; SARGENT JEFFLEY, Police/Employee,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George L. Russell, III, Chief District Judge. (8:25-cv-01973-GLR)

───────────

Submitted: September 18, 2025                    Decided: September 22, 2025

───────────

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed as modified by unpublished per curiam opinion.

───────────

Caroline Abisola Okutuga, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Caroline Abisola Okutuga appeals the district court's order dismissing her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's order, *O-Kutuga v. Montgomery Cnty. Police Marc Yamada*, No. 8:25-cv-01973-GLR (D. Md. June 24, 2025), to reflect dismissal of Okutuga's action without prejudice, *see S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013) (noting that court lacking "jurisdiction has no power to adjudicate and dispose of a claim on the merits"), and affirm the order as modified, *see* 28 U.S.C. § 2106; *MM ex rel. DM v. Sch. Dist. of Greenville Cnty.*, 303 F.3d 523, 536 (4th Cir. 2002) ("[W]e are entitled to affirm the court's judgment on alternate grounds, if such grounds are apparent from the record.").

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*